[Cite as *State ex rel. Waver v. McClelland*, 2014-Ohio-4221.]

# Court of Appeals of Ohio

## EIGHTH APPELLATE DISTRICT
## COUNTY OF CUYAHOGA

JOURNAL ENTRY AND OPINION
**No. 101605**

# STATE OF OHIO EX REL., JAMES WAVER

RELATOR

vs.

# JUDGE ROBERT C. McCLELLAND

RESPONDENT

**JUDGMENT:**
WRIT DENIED

Writ of Procedendo
Motion No. 477050
Order No. 478069

**RELEASE DATE:**    September 23, 2014

**FOR RELATOR**

James L. Waver, pro se
Inmate No. A340-516
Grafton Correctional Institution
2500 South Avon-Belden Road
Grafton, OH    44044


**ATTORNEYS FOR RESPONDENT**

Timothy J. McGinty
Cuyahoga County Prosecutor

BY:    James E. Moss
Assistant County Prosecutor
The Justice Center, 9th Floor
1200 Ontario Street
Cleveland, OH    44113

MELODY J. STEWART, J.:

{¶1} James Waver has filed a complaint for a writ of procedendo. Waver seeks an order from this court that requires Judge Robert C. McClelland to render a ruling with regard to a motion to correct jail-time credit filed in *State v. Waver*, Cuyahoga C.P. No. CR-97-351032. We decline to issue a writ of procedendo on behalf of Waver.

{¶2} Waver's request for a writ of procedendo is moot. Attached to Judge McClelland's motion for summary judgment is a copy of a journal entry, journalized on July 22, 2014, which demonstrates that a ruling has been rendered with regard to the motion to correct jail-time credit. Thus, Waver is not entitled to a writ of procedendo. *State ex rel. Jerninghan v. Cuyahoga Cty. Court of Common Pleas*, 74 Ohio St.3d 278, 1996-Ohio-117, 658 N.E.2d 723; *State ex rel. Gantt v. Coleman*, 6 Ohio St.3d 5, 450 N.E.2d 1163 (1983).

{¶3} Accordingly, we grant Judge McClelland's motion for summary judgment. Costs to Judge McClelland. Costs waived. The court directs the clerk of courts to serve all parties with notice of this judgment and its date of entry upon the journal as required by Civ.R. 58(B).

{¶4} Writ denied.

_____
MELODY J. STEWART, JUDGE

SEAN C. GALLAGHER, P.J., and

PATRICIA ANN BLACKMON, J., CONCUR